

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00168-CV

**IN THE MATTER OF J. E. R-P**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2021JV1000086L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

This is an accelerated appeal. On April 12, 2022, we granted court reporter Ginny Henderson an extension of time to file the reporter's record and ordered the record to be filed by April 29, 2022. The reporter's record has not been filed. We ORDER Ginny Henderson to file the reporter's record by **May 16, 2022.** If the reporter's record is not received by such date, an order may be issued directing Ginny Henderson to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See* TEX. R. APP. P. 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed and that the appellate court may not grant more than a ten-day extension to file the appellate record).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court